Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| JARDINE GOUGIS, | Case No. 2:20-cv-006240-JFW(JCx) |
| Plaintiff, | **ORDER TO STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | The Hon. John F. ~~Walker~~ Walter |
| THE PAPER RABBIT MONTROSE, INC.; IM HOME INVESTMENTS LLC; and DOES 1 to 10, | Trial Date:      None Set |
| Defendants. | |

The court, having reviewed the Parties' joint stipulation and request pursuant to FRCP Rule 41(a), and good cause having been shown by the foregoing stipulation, the Court hereby orders that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2021

_____
~~Honorable~~ Hon. John F. ~~Walker~~ Walter
United States District Judge

16527980.1:11000-0009

-1-

Case No. 2:20-cv-006240-JFW(JCx)

ORDER TO STIPULATION OF DISMISSAL WITH PREJUDICE